# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANGELA McINTOSH, on behalf of T.L.A.,

    Plaintiff,

v.

    Case No. 12-10361

    Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Angela McIntosh on behalf of T.L.A.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

                                BY:  s/LaShawn R. Saulsberry
                                              DEPUTY CLERK

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2013, by electronic and/or ordinary mail.

                                          s/LaShawn R. Saulsberry
                                          Case Manager